# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2026

Kathryn M. Barber
McGuireWoods, L.L.P.
800 E. Canal Street
Gateway Plaza
Richmond, VA 23219-3916

Mr. Patrick Raymond Runkle
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044-0386

Mrs. Mindy Michelle Sauter
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Suite 300
Dallas, TX 75242-1074

     No. 26-10431   USA v. Rhode Island Hospital
                 USDC No. 4:26-MC-00006

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

         Sincerely,

         LYLE W. CAYCE, Clerk

        By: _____
        Melissa B. Courseault, Deputy Clerk
        504-310-7701