**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Phone: 412.667.6000
Fax: 412.667.6050
www.mcguirewoods.com

**Eric Olshan**
Direct: 412.667.7941
eolshan@mcguirewoods.com

# McGuireWoods

May 9, 2026

**Via ECF**

Lyle W. Cayce, Clerk
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re: No. 26-10431, *United States of America v. Rhode Island Hospital*, Nature of Emergency – Emergency Motion for Stay Pending Appeal**

Dear Mr. Cayce,

Pursuant to 5th Circuit Rule 27.3, this letter is submitted in conjunction with Appellant's Emergency Motion for Stay Pending Appeal. Appellant Rhode Island Hospital (RIH) seeks to stay the District Court's Order granting the Government's petition to enforce compliance with the captioned subpoena. The emergency nature of this appeal is due to the May 14, 2026 deadline imposed by the District Court for full compliance with the subpoena.

On April 30, 2026, the Government filed a petition with the District Court to enforce RIH's compliance with the subpoena. The Government waited nearly ten months to petition to enforce the subpoena; filed it without warning to RIH, despite ongoing discussions about compliance; and did not seek emergency or *ex parte* relief. Yet the District Court gave RIH no opportunity to respond and instead granted the petition on the same day it was filed. The resulting Order is legally and procedurally unsound and RIH has promptly appealed.

Absent a stay pending appeal, RIH and RIH's patients will suffer irreparable constitutional and monetary harms. Specifically, RIH will suffer irreparable harm because compliance would deprive RIH of due process and impose millions of dollars in unrecoverable costs. Compliance will also cause irreparable harm to RIH's patient relationships as it would compel disclosure of highly sensitive patient medical records in a manner that threatens RIH's patients' privacy.

Thus, good cause exists for the filing of this emergency motion. A ruling is required no later than May 12, 2026 at 5:00 p.m. to allow RIH to determine the appropriate next steps before the May 14 deadline.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Eric Olshan*
Eric G. Olshan
MCGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
T: 412.667.6941
F: 412.667.6050
eolshan@mcguirewoods.com

Kathryn M. Barber
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: 804.775.1227
F: 804.698.2227
kbarber@mcguirewoods.com

Erin L. Brown
MCGUIREWOODS LLP
Bank of America Tower

May 9, 2026
Page 3

50 North Laura Street, Suite 3300
Jacksonville, FL 32202
T: (904) 798-2622
F: (904) 360-6322
ebrown@mcguirewoods.com

*Counsel for Appellant Rhode Island Hospital*

cc (via ECF & email):
   Patrick Raymond Runkle (patrick.r.runkle@usdoj.gov)
   Ethan Womble (ethan.womble@usdoj.gov)