# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2026

Mr. Patrick Raymond Runkle
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044-0386

 No. 26-10431    USA v. Rhode Island Hospital
              USDC No. 4:26-MC-00006

Dear Counsel:

The court has requested a response to the Appellant's Motion for stay pending appeal to be filed in this office on or before May 12, 2026 by NOON (12 pm.)

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa B. Courseault, Deputy Clerk
                    504-310-7701

cc:
    Ms. Kathryn M. Barber
    Ms. Erin Brown
    Mr. Eric Gary Olshan
    Mrs. Mindy Michelle Sauter