# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 12, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-10431   USA v. Rhode Island Hospital
               USDC No. 4:26-MC-00006

Enclosed is an order entered in this case.


         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Casey A. Sullivan, Deputy Clerk
         504-310-7642


Mr. John Bailey
Kathryn M. Barber
Ms. Erin Brown
Mr. Bradley Hinshelwood
Mr. Eric Gary Olshan
Mr. Patrick Raymond Runkle
Mrs. Mindy Michelle Sauter