# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-10431   USA v. Rhode Island Hospital
               USDC No. 4:26-MC-00006

The court has granted an extension of time to and including August 5, 2026 for filing appellant's brief in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Casey A. Sullivan, Deputy Clerk
          504-310-7642

Mr. John Bailey
Kathryn M. Barber
Ms. Erin Brown
Mr. Bradley Hinshelwood
Mr. Eric Gary Olshan
Mr. Patrick Raymond Runkle
Mrs. Mindy Michelle Sauter