# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2026

Lyle W. Cayce
Clerk

No. 26-10431

In the Matter of Administrative Subpoena 25-1431-032

United States of America,

*Petitioner—Appellee*,

*versus*

Rhode Island Hospital,

*Respondent—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:26-MC-00006

ORDER:

IT IS ORDERED that Appellant's opposed motion for an extension of 40 days, or, to and including September 14, 2026, to file the brief is GRANTED IN PART. Appellant is granted until and including August 27, 2026, to file its opening brief. Appellant's brief may address the issues encompassed by both notices of appeal filed in this case, appealing the district court's April 30, 2026 order and its May 18, 2026 order.

No. 26-10431

Absent good cause based on circumstances arising hereafter, no further extensions will be granted.

_____

CORY T. WILSON
*United States Circuit Judge*