# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 19, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10431 USA v. Rhode Island Hospital
USDC No. 4:26-MC-00006

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ____________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

P.S To all counsel: Paper copies of all briefs will be due for filing immediately after electronic filing. Notice for previous filings will go out under separate cover.

Mr. John Bailey
Kathryn M. Barber
Ms. Erin Brown
Mr. Matthew Allen Fitzgerald
Mr. Bradley Hinshelwood
Mr. James Hornsby
Mr. Eric Gary Olshan
Mr. Patrick Raymond Runkle
Mrs. Mindy Michelle Sauter