# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 19, 2026
Thomas B. Plunkett, III
Clerk

No. 26-10431

In the Matter of Administrative Subpoena 25-1431-032

United States of America,

*Petitioner—Appellee*,

*versus*

Rhode Island Hospital,

*Respondent—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:26-MC-00006

UNPUBLISHED ORDER

Before Stewart, Willett, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellee's opposed motion summarily to affirm the April 30, 2026 district court enforcement order is DENIED.

IT IS FURTHER ORDERED that Appellee's opposed motion to expedite the appeal is GRANTED.