# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2026

No. 26-10431 USA v. Rhode Island Hospital
USDC No. 4:26-MC-00006

Dear Counsel,

The above referenced case has been scheduled for oral argument on 11/04/2026. It will be held in New Orleans - East Courtroom at 9:00. The Oral Argument session number is 16.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than October 23, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at www.ca5.uscourts.gov/forms-fees/forms/attorney-forms. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at www.ca5.uscourts.gov/oral-argument-information/attorney-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Olivia Andry at 504-310-7633.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

Charles Whitney

By:____________________
Charles B. Whitney, Calendar Clerk
504-310-7679

cc:
Mr. John Bailey
Kathryn M. Barber
Ms. Erin Brown
Mr. Matthew Allen Fitzgerald
Mr. Bradley Hinshelwood
Mr. James Hornsby
Mr. Eric Gary Olshan
Mr. Patrick Raymond Runkle
Mrs. Mindy Michelle Sauter